United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

AWE SUM ORGANICS, INC., et al.,

Plaintiffs,

v.

SOCIEDAD AGRICOLA SATURNO S.A., et al.,

Defendants.

Case No. 5:25-cv-05420-EJD

**ORDER TO SHOW CAUSE**

Defendants in the above-entitled matter having failed to respond to the complaint in this matter and having failed appear at the Initial Case Management Conference on October 8, 2026,

THE COURT hereby issues an ORDER TO SHOW CAUSE why default should not be entered against the Defendants for failure to respond to the complaint and failure to appear.

The hearing on the order to show cause will be held October 29, 2026, at 10:00 a.m. in San Jose, Courtroom 4, 5th Floor. Defendants shall respond to this order in writing no later than October 21, 2026.

**IT IS SO ORDERED.**

DATED: October 8, 2026

EDWARD J. DAVILA
United States District Judge